UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD KIRCHMAN and
MARGARET KIRCHMAN,

       Plaintiffs,

v.                                                              Case No. 8:06-Civ-1787-T-24 TBM

NOVARTIS PHARMACEUTICALS
CORPORATION,

       Defendant.
_____/

## **ORDER**

       This cause comes before the Court on its own.  It has come to the Court's attention that several of Defendant's counsel are located in Washington, DC and are not members of the Middle District of Florida Bar.

       Pursuant to Local Rule 2.01, no person shall be permitted to be heard as counsel unless admitted to practice in this Court.  Accordingly, it is **ORDERED AND ADJUDGED** that on or before December 11, 2006, Donald W. Fowler, Joe G. Hollingsworth, Robert E. Johnston, and Katharine R. Latimer must each file a motion to appear *pro hac vice*, submit the Special Attorney Certification form, and pay the $10.00 special admission fee if they wish to represent Defendant in this matter.  If Mr. Fowler, Mr. Hollingsworth, Mr. Johnston, or Ms. Latimer do not comply with this Order, then the Court will terminate them from the docket sheet.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of November, 2006.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Donald W. Fowler
Joe G. Hollingsworth
Robert E. Johnston
Katherine R. Latimer